AO 451 (Rev. 01/09)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| Romantic Tous, Inc., a Florida corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 8:10-CV-1072-T-30TGW |
| Whois Privacy Protection Service, Inc., et al. | ) | |
| *Defendant* | ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*    01/19/2012    .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 1-31-2013

CLERK OF COURT

*Carrie Davis*

Signature of Clerk or Deputy Clerk