IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Romantic Tours, Inc., a Florida corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Whois Privacy Protection Service, Inc., a Nevada corporation; Jimslists.com, an entity of unknown origin; Jim McDonald, and Does 1-5,<br><br>　　　　　　Defendants. | NO. 2:13-mc-00012<br><br>**ORDER TO PERMIT ALTERNATE SERVICE** |

　　　Based on Plaintiff's Ex Parte Motion To Permit Alternate Service, and good cause appearing therefor,

　　　IT IS HEREBY ORDERED, pursuant to Rule 4(f)(3), Fed.R.Civ.P., permitting Plaintiff to effect service of process on Defendant Jim McDonald via his two last-known e-mail addresses of agcncyscams@hotmail.com and jim@agcncyscams.zzn.com.

　　　Dated this 14th day of May, 2013.

_____
Susan R. Bolton
United States District Judge