Quarles & Brady LLP
Firm State Bar No. 00443100
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
TELEPHONE 602.229.5200

Attorneys for Plaintiff/Judgment Creditor

Michael A. McCanse (#024734)
michael.mccanse@quarles.com

# IN THE UNITED STATES DISRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Romantic Tours, Inc., a Florida corporation,<br><br>    Plaintiff/Judgment Creditor,<br><br>vs.<br><br>Whois Privacy Protection Service, Inc., a Nevada corporation; Jimslists.com, an entity of unknown origin; Jim McDonald, and Does 1-5,<br><br>    Defendants/Judgment Debtors. | NO. 2:13-mc-00012<br><br>**APPLICATION FOR WRIT OF GARNISHMENT FOR MONIES OR PROPERTY**<br><br>(Non-Earnings) |
| World Wide Data Link, Inc.,<br><br>    Garnishee. | |

1.  The undersigned is the attorney for Romantic Tours, Inc. and is authorized to make this Application.

2.  Judgment Creditor has recovered judgment against Judgment Debtor Jim McDonald ("Judgment Debtor").

3.  The outstanding balance due on said Judgment as of June 14, 2013 is as follows:

    Principal Sum:                                                                $510,000.00

    Accrued interest from 1/19/12 to 6/14/13:              $       987.65

QB\148773.00002\21591012.1

| | |
|---|---|
| 1 | Total: $510,987.65 |

2  Interest accrues on the principal sum at the federal rate of 0.11% per annum from June 15,
3  2013 until paid in full.

4.  The undersigned has reason to believe that

**WORLD WIDE DATA LINK, INC.**

(a) is indebted to the Judgment Debtor for monies which are not earnings; (b) is holding nonexempt monies on behalf of the Judgment Debtor; (c) has in its possession nonexempt personal property belonging to the Judgment Debtor; or (d) is a corporation and the Judgment Debtor is an owner of shares in such corporation, or has a proprietary interest in the corporation.

5.  The Garnishee's address is:

World Wide Data Link, Inc.
c/o John Adams
7227 N. 16th Street, Ste. 240
Phoenix, Arizona 85020-5239

WHEREFORE, the undersigned requests issuance of a Writ of Garnishment against Garnishee.

DATED this 17 day of June, 2013.

QUARLES & BRADY LLP
Renaissance One, Two North Central Avenue
Phoenix, AZ  85004-2391

By _____
Michael S. McCanse
Attorneys for Plaintiff/Judgment Creditor

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel identified on the Court-generated Notice of Electronic Filing.

*[signature]*

QB\148773.00002\21591012.1

-3-