**Quarles & Brady** LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone 602.229.5200

Attorneys for Plaintiff/Judgment Creditor

Michael A. McCanse (#0247340)
michael.mccanse@quarles.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Romantic Tours, Inc., a Florida corporation, | NO. 2:13-MC-00012 |
| Plaintiff/Judgment Creditor, | **JUDGMENT CREDITOR'S APPLICATION FOR JUDGMENT AGAINST GARNISHEE HOLDING FUNDS** |
| vs. | |
| Whois Privacy Protection Services, Inc., a Nevada corporation, Jimslists.com, an entity of unknown origin; Jim McDonald, and Does 1-5, | |
| Defendants/Judgment Debtors. | |
| World Wide Data Link, Inc., | |
| Garnishee. | |

Plaintiff/Judgment Creditor, Romantic Tours, Inc. by and through its attorneys undersigned, hereby makes application to the Court, pursuant to A.R.S. § 12-1584, for a Judgment Against Garnishee Holding Funds on the garnishment issued herein on June 18, 2013, and served upon World Wide Data Link, Inc. on June 20, 2013, for the amounts specified in Garnishee's Answer.

QB\148773.00002\21917441.1


A form of Judgment is submitted herewith and incorporated herein by this reference.

DATED this 16th day of July, 2013.

Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
Attorneys for Plaintiff/Judgment Creditor


By /s/ Michael A. McCanse
  Michael A. McCanse

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel identified on the Court-generated Notice of Electronic Filing and mailed a copy of the foregoing to:

World Wide Data Link, Inc.
7227 N. 16th Street, Ste. 240
Phoenix, Arizona 85020


*/s/ Sheri Buffington*