**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Romantic Tours, Inc., a Florida corporation,<br><br>    Plaintiff/Judgment Creditor,<br><br>vs.<br><br>Whois Privacy Protection Services, Inc., a Nevada corporation, Jimslists.com, an entity of unknown origin; Jim McDonald, and Does 1-5,<br><br>    Defendants/Judgment Debtors.<br><br>World Wide Data Link, Inc.,<br><br>    Garnishee. | NO. 2:13-MC-00012<br><br>**JUDGMENT AGAINST GARNISHEE HOLDING FUNDS** |

THE COURT FINDS:

1. On July 19, 2012, a Final Judgment in this action was entered, filed with the Clerk, and inscribed on the appropriate dockets in the Court of this District in favor of Romantic Tours, Inc. ("Romantic Tours"), and against the following Defendant/Judgment Debtor:

World Wide Data Link, Inc.

2. Taking into consideration any payments made on that Judgment, the total amount due on that Judgment, including principal, interest, costs and accruing costs, was $510,978.65, as of June 14, 2013, plus interest and costs incurred after that date.

3. On June 20, 2013, Plaintiff served a Writ of Garnishment upon the following Garnishee:

World Wide Data Link, Inc.
7227 N. 16th Street, Ste. #240
Phoenix, Arizona 85020

4. This Garnishee answered the Writ admitting indebtedness to Defendant/Judgment Debtor Jim McDonald in the amount of $2,670.98. The Garnishee mailed a copy of its Answer to the Judgment Debtor on July 1, 2013.

5. Defendant/Judgment Debtor did not file an objection to the Writ of Garnishment within ten (10) days of receipt of the Answer of Garnishee.

NOW, THEREFORE, IT IS ADJUDGED:

A. Judgment Creditor has Judgment against Garnishee in the amount of $2,670.98, and Garnishee is directed immediately to pay the foregoing sum to Judgment Creditor.

Dated this 16th day of July, 2013.

_____
Susan R. Bolton
United States District Judge