1  Quarles & Brady LLP
   Firm State Bar No. 00443100
2  One Renaissance Square
   Two North Central Avenue
3  Phoenix, Arizona 85004-2391
   TELEPHONE 602.229.5200

4  Attorneys for Plaintiff/Judgment Creditor

5  Michael A. McCanse (#024734)
   michael.mccanse@quarles.com

6

7  IN THE UNITED STATES DISTRICT COURT

8  FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 9  Romantic Tours, Inc., a Florida corporation, | NO. 2:13-mc-00012 |
| 10         Plaintiff/Judgment Creditor, | **WRIT OF GARNISHMENT FOR MONIES OR PROPERTY AND SUMMONS** |
| 11         vs. | |
| 12  Whois Privacy Protection Service, Inc., a Nevada corporation; Jimslists.com, an entity of unknown origin; Jim McDonald, and Does 1-5, | (Non-Earnings) |
| 13 | |
| 14 | |
| 15         Defendants/Judgment Debtors. | |
| 16  World Wide Data Link, Inc., | |
| 17         Garnishee. | |

18  TO: THE SHERIFF, CONSTABLE OR ANY OTHER OFFICER OF MARICOPA COUNTY WHO IS AUTHORIZED BY LAW TO SERVE PROCESS

19  YOU ARE COMMANDED TO IMMEDIATELY SUMMON THE GARNISHEE TO APPEAR BEFORE THE ABOVE-ENTITLED COURT TO ANSWER THIS WRIT OF GARNISHMENT WITHIN THE TIME SPECIFIED.

20

21

22         1.     The name and address of the Garnishee or its authorized agent are:

23                World Wide Data Link, Inc.
                  c/o John Adams
24                7227 North 16th Street
                  Phoenix, Arizona 85020-5239

25

26

QB\148773.00002\24656678.1

2. The name and address of the Judgment Creditor and its attorney is:

> Romantic Tours, Inc.
> c/o Michael A. McCanse, Esq.
> Quarles & Brady LLP
> One Renaissance Square
> 2 N. Central Avenue
> Phoenix, Arizona 85004-2391

3. The outstanding balance due on said Judgment as of January 9, 2014 is as follows:

| | |
|---|---|
| Principal Sum: | $510,000.00 |
| Less amounts received: | ( 2,670.98) |
| Accrued interest from 1/19/12 to 1/9/14: | $110,817.00 |
| Total: | $618,146.02 |

Interest accrues on the principal sum at the federal rate of 0.11% per annum from January 10, 2014 until paid in full.

4. The last emailing addresses of the Judgment Debtor known to the Judgment Creditor are:

> agencyscams@hotmail.com
>
> jim@agencyscams.zzn.com

GARNISHEE SHALL ANSWER IN WRITING, UNDER OATH, WITHIN TEN (10) DAYS, EXCLUSIVE OF THE DATE OF SERVICE, ACCORDING TO THE INSTRUCTIONS SERVED HEREWITH.

The Answer of Garnishee shall set forth the following:

(a) Whether the Garnishee was indebted to or otherwise in possession of monies of the Judgment Debtor at the time the Writ was served;

(b) The total amount of indebtedness, exclusive of wages, or monies withheld by the Garnishee at the time the Writ was served;

(c) The total amount of indebtedness, exclusive of wages, or monies withheld by the Garnishee pursuant to the Writ;

(d) The amount of indebtedness, exclusive of wages, or monies not withheld by the Garnishee, and the reason for not withholding;

      (e)    Whether the Garnishee was in possession of personal property of the Judgment Debtor at the time the Writ was served;

      (f)    A description of each item, or group of items, of personal property of the Judgment Debtor in the Garnishee's possession at the time the Writ was served;

      (g)    A list of the personal property withheld by the Garnishee pursuant to the Writ;

      (h)    What other person or entity, within Garnishee's knowledge, is indebted to the Judgment Debtor or in possession of personal property of the Judgment Debtor;

      (i)    Whether the Garnishee is a corporation in which the Judgment Debtor owns shares of stock or some other interest;

      (j)    A statement of the number and types of shares owned by the Judgment Debtor and a description of any other interests the Judgment Debtor owns in the Garnishee corporation, as of the date the Writ was served, as shown on the corporation's records;

      (k)    The name, address and telephone number of the Garnishee;

      (l)    The date and manner of delivery of a copy of the Writ and the Notice to Judgment Debtor upon the Judgment Debtor;

      (m)    The date and manner of delivery of a copy of the Answer upon the Judgment Creditor and Judgment Debtor.

## NOTICE AND SUMMONS

In obedience to the foregoing Writ of Garnishment, I DO HEREBY SUMMON AND REQUIRE YOU TO APPEAR and answer the foregoing Writ in the manner prescribed by law within ten (10) days exclusive of day of service. You are hereby notified that in case you fail to so answer, the Court may issue an Order requiring you to appear in person before the Court at a time and place specified in order to answer the Writ. In the event you fail to appear after service of the Order requiring you to appear, in person, judgment by default may be rendered against you for the full amount of the Judgment against the Judgment Debtor, plus an award for attorneys' fees incurred by Judgment Creditor. A.R.S. §12-1598.13(C).

SIGNED AND SEALED this date: __15th of January, 2014__

**BRIAN D. KARTH**
Clerk of the Court

By __Kathy Gerchar__
Deputy Clerk