☑ FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 03 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Quarles & Brady LLP
Firm State Bar No. 00443100
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
TELEPHONE 602.229.5200

Attorneys for Plaintiff/Judgment Creditor

Michael A. McCanse (#024734)
michael.mccanse@quarles.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Romantic Tours, Inc., a Florida corporation,<br><br>Plaintiff/Judgment Creditor,<br><br>vs.<br><br>Whois Privacy Protection Service, Inc., a Nevada corporation; Jimslists.com, an entity of unknown origin; Jim McDonald, and Does 1-5,<br><br>Defendants/Judgment Debtors. | NO. 2:13-mc-00012<br><br>**ANSWER OF GARNISHEE**<br><br>(Non-Earnings) |
| World Wide Data Link, Inc.,<br><br>Garnishee. | |

STATE OF ARIZONA   )
                   )ss.
County of Maricopa )

MaryBeth Agee, being first duly sworn, deposes and says:

1. I am the above-named Garnishee, or am authorized by the Garnishee to make this Affidavit on its behalf, regarding the Writ of Garnishment served on Garnishee on this date: _not sure_.

2. Was the Garnishee indebted to or otherwise in possession of monies of the Judgment Debtor at the time the Writ was served?

[X] Yes     [ ] No

3. What is the total amount of indebtedness or monies of the Judgment Debtor in the possession of the Garnishee at the time the Writ was served? $ 68.22 .

4. What is the total amount of indebtedness or monies of the Judgment Debtor withheld by the Garnishee pursuant to the Writ? $ 68.22 .

5. What is the amount of indebtedness or monies of the Judgment Debtor not withheld by the Garnishee pursuant to the Writ and the reason for not withholding?

(a) Amount of Indebtedness not Withheld: $ -0- ;

(b) Reason for not Withholding:

6. At the time the Writ of Garnishment was served upon Garnishee, did Garnishee have possession of personal property of the Judgment Debtor?

[ ] Yes     [X] No

If yes, describe each item, or group of items, of personal property:

7.  Please list all items of personal property withheld by the Garnishee pursuant to the Writ:

8.  Based upon Garnishee's knowledge, is another person or entity indebted to the Judgment Debtor, or in possession of personal property of the Judgment Debtor?

[ ] Yes    [X] No

If yes, give name[s] and address[es]:

9.  If Garnishee is a corporation, does Judgment Debtor have now, or at the time the Writ was served, any stocks, bonds, options or other interest in the Corporation?

[ ] Yes    [X] No

If yes, state the number and type of shares owned by the Judgment Debtor, and a description of any other interest the Judgment Debtor owns in the Garnishee corporation as of the date the Writ was served, as shown on the corporation's records:

10. Did Garnishee answer "Yes" to either Question #2 or #6?

[X] Yes   [ ] No

If yes, copies of the Writ and Summons, the underlying Judgment, Notice to Judgment Debtor, and Request for Hearing were delivered to Judgment Debtor on: _30 January 2014_

BY:   [ ] hand delivery;

[X] regular first class mail to the address determined to be best calculated _Certified mail - Return Receipt Requested_ to reach the Judgment Debtor in a timely manner; _last known address_

[ ] service pursuant to the Rules of Civil Procedure applicable to a Summons.

11. Copies of this Answer were delivered on _30 January 2014_ to the Judgment Debtor, the Judgment Creditor, or Judgment Creditor's attorney, if applicable, at the following addresses:

Mr. Jim McDonald
#305-1303 1st NE
Calgary, AB  T2E-3B6
CANADA

Romantic Tours, Inc.
c/o Michael A. McCanse, Esq.
Quarles & Brady LLP
One Renaissance Square
2 N Central Ave
Phoenix, Az  85004-2391

BY:   [ ] hand delivery;

[X] regular first class mail to the address determined to be the best _certified mail, return receipt requested_ calculated to reach the Judgment Debtor, Judgment Creditor or Judgment Creditor's attorney in a timely manner;

[ ] service pursuant to the Rules of Civil Procedure applicable to a Summons.

12. Garnishee's name, mailing address and telephone number are:

**World Wide Data Link, Inc.**
**7227 N 16th St, #240, Phoenix, AZ 85020**

(602) 553-8178

13. I have read the foregoing document and know of my own knowledge that the facts stated herein are true and correct.

WHEREFORE, Garnishee prays that Garnishee be discharged on this Answer and that the Court award Garnishee reasonable compensation in the amount of $ 25.00 .

_____MaryBeth Agee_____
Signature of Garnishee or Authorized Agent

SUBSCRIBED AND SWORN to before me this 30th day of January, 2014.

DAWN AYALA
Notary Public, State of Arizona
Maricopa County
My Commission Expires
May 22, 2017

_____Dawn Ayala_____
Notary Public

My Commission Expires:
May 22, 2017